**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1342**

---

MYRA R. EDWARDS,

Plaintiff - Appellant,

versus

DEPARTMENT OF THE AIR FORCE, AFBCMR; MALCOLM
GROW UNITED STATES AIR FORCE MEDICAL CENTER,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
98-4190-DKC)

---

Submitted: May 13, 1999          Decided: May 19, 1999

---

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Myra R. Edwards, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Myra R. Edwards appeals the district court's orders dismissing her civil complaint on the basis of <u>res</u> <u>judicata</u> and denying her motion for reconsideration.  We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Edwards v. Dep't of the Air Force</u>, No. CA-98-4190-DKC (D. Md. Feb. 2 & Mar. 2, 1999).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on January 29, 1999, the district court's records show that it was entered on the docket sheet on February 2, 1999.  Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was physically entered on the docket sheet that we take as the effective date of the district court's decision. <u>See</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2